**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-5̶2̶ |
| | ) |
| THOMAS L. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about December 31, 2004, in Dover, in the State and District of Delaware, Thomas L. Williams, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, to wit, a Bryco Arms, model Jennings Nine, 9mm, semi-automatic handgun with an obliterated serial number, after having been convicted on or about February 27, 2002 of distribution of heroin, a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of New Jersey, Atlantic County, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

_____
Ferris W. Wharton
Assistant U.S. Attorney

Dated: 5/24/05

F I L E D

MAY 2 4 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE