IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>THOMAS L. WILLIAMS  ) | Criminal Action No. 05- 52 |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Thomas L. Williams, as a result of the Indictment returned against him on May 24, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: May 24, 2005

**AND NOW**, this ___24___ day of ___May___, 2005, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Thomas L. Williams.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAY 24 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE