IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                    )<br>              Plaintiff,                      )<br>                                                    )<br>     v.                                          )<br>                                                    )<br>THOMAS L. WILLIAMS              )<br>                                                    )<br>              Defendant.                   ) | Criminal Action No. 05-52<br><br>**F I L E D**<br><br>MAY 2 4 2005<br><br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, respectfully states:

1.  On May 24, 2005, Thomas L. Williams was indicted for Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1).

2.  Thomas L. Williams (d.o.b. 3/2/80) is currently a sentenced inmate on a State offense. The defendant is detained at the Delaware Correctional Center, Smyrna, Delaware.

3.  The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, June 2, 2005, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden for the Delaware Correctional Center, to bring the said defendant Thomas L. Williams before this Court on June 2, 2005, at 1:00 p.m. for an Initial Appearance and to detain said defendant in the custody of the U.S. Marshall Service after the Initial Appearance as this Court may direct.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: May 24, 2005

**IT IS SO ORDERED** this _24_ day of _May_, 2005.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court