IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Criminal Action No. 05-52-JJF |
| ) | |
| THOMAS L. WILLIAMS,    ) | |
| ) | |
| Defendant.    ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count I the Indictment. In support thereof the government represents that the defendant has pled guilty in the Superior Court of the State of Delaware to charges arising out of the same incident as Count I, for which he received a three year minimum mandatory term of imprisonment. The government believes that such term of imprisonment adequately punishes the conduct which gave rise to this Indictment.

COLM F. CONNOLLY
United States Attorney

By: /s/ Ferris W. Wharton
Ferris W. Wharton (ID # 945)
Assistant United States Attorney

Dated: June 21, 2005

SO ORDERED this _____ day of _____, 2005.

_____
Joseph J. Farnan
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-52-JJF |
| | ) |
| THOMAS L. WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on June 21, 2005, I electronically filed:

**Motion and Order to Dismiss**

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Penny Marshall, Esquire
Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

                                                            /s/
                                                      Jennifer Brown