## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
|     Plaintiff, | § |
| | § CRIMINAL ACTION NO. **CR 05-52 UNA** |
| v. | § |
| | § |
| **THOMAS L. WILLIAMS** | |
|     Defendant. | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **THOMAS L. WILLIAMS** who is now detained and imprisoned in the **DELAWARE CORRECTIONAL INSTITUTION** and who is a defendant in the above-entitled cause, in which cause the said **THOMAS L. WILLIAMS** was charged with a POSSESSION OF A FIREARM BY A PERSON PROHIBITRED in violation of of 18 U.S.C. SECTION 922(g)(1) for an **INITIAL APPEARANCE ON JUNE 2, 2005 AT 1:00 PM** , and to remain in the custody of the U.S. Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 24th day of MAY 2005.

PETER T. DALLEO, CLERK

By: _Evette Walson_ (signature)
    Deputy Clerk

CERTIFIED:
AS A TRUE COPY:
    ATTEST:
    PETER T. DALLEO, CLERK
BY _(signature)_
    Deputy Clerk 5/25/05