IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-52-JJF |
| ) | |
| THOMAS L. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count I the Indictment. In support thereof the government represents that the defendant has pled guilty in the Superior Court of the State of Delaware to charges arising out of the same incident as Count I, for which he received a three year minimum mandatory term of imprisonment. The government believes that such term of imprisonment adequately punishes the conduct which gave rise to this Indictment.

COLM F. CONNOLLY
United States Attorney

By: /s/ Ferris W. Wharton
Ferris W. Wharton (ID # 945)
Assistant United States Attorney

Dated: June 21, 2005

SO ORDERED this 21 day of June, 2005.

Joseph J. Farnan Jr
United States District Judge