AO 442    (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

THOMAS L. WILLIAMS

Case Number:   CR 05-52-UNA

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ THOMAS L. WILLIAMS _____
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

```
FILED

JUN 0 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

in violation of _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2) _____

Peter T. Dalleo                                    Clerk, United States District Court
Name of Issuing Officer                             Title of Issuing Officer

By: _____; DEPUTY CLERK                 MAY 24, 2005 in Wilmington, DE
Signature of Issuing Officer                        Date and Location

Bail fixed at $ _____ by _____
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| Thomas L. Williams. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-24-05 | for | William Dava |
| DATE OF ARREST | William David Dusku | |
| 6-2-05 | | |